## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

|  |  |
|---|---|
| TODD NARSON, ) | |
|     Plaintiff, ) | **JUDGMENT IN A CIVIL CASE** |
| v. ) | CIV 08-0177-PHX-SRB |
| GoDADDY.COM,INC., ) THE GoDADDY GROUP, INC., ) | |
|     Defendants, ) | |

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 XX  **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that pursuant to the Court's order of May 5, 2008, granting Defendants' Motion to Dismiss, judgment is entered in favor of Defendants. Plaintiff shall take nothing by way of the Complaint. The Complaint and this action are hereby dismissed.

| | |
|---|---|
|  May    5,  2008      | RICHARD H. WEARE |
| Date | District Court Executive/Clerk |
| | |
| | .   s/  Ruth E. Williams     |
| | By     Ruth E. Williams |
| |          Deputy Clerk |